FILED
CHARLOTTE, NC
MAR 12 2018
US District Court
Western District of NC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC. NO. 3:18MC033
IN RE: INTERNAL ADVISORY COMMITTEE ON LOCAL RULES

## ORDER

THIS MATTER is before the Court on its own motion for the appointment of an Internal Advisory Committee on Local Rules for the study of the rules of practice of this court and to assist and advise the court on amendments to the Local Rules.

This Committee shall serve as a clearing house for the consideration of issues related to this Court's local rules; review any rules taken under advisement by other Advisory Committees on Local Rules; review amendments to the Federal and Appellate Rules of Procedures for application to our local rules; and take other actions to assist the court with its local rules of procedures.

THEREFORE, the court hereby appoints the following persons to the Internal Advisory Committee on Local Rules whose shall serve at the pleasure of the court:

David Davis, Career Law Clerk to Judge Cogburn will Chair this Committee.

David C. Keesler, Judicial Liaison
United States Magistrate Judge

Tricia Magee, Career Law Clerk to Chief Judge Whitney

TJ Haycox, Career Law Clerk to Judge Conrad

Lori Ritter, Career Law Clerk to Judge Reidinger

Dustin Taylor, Career Law Clerk to Magistrate Judge Keesler

David Grigg, Career Law Clerk to Magistrate Judge Cayer

Ashley Maddox, Law Clerk to Magistrate Judge Howell

Emily Lewis, PSLC who shall serve as Editor-in-Chief

Erica Petri, Staff Attorney

Frank G. Johns, Clerk of Court
Terry Leitner, Chief Deputy

These employees, and their successors shall constitute this Internal Advisory Committee on local rules and shall serve as a standing committee until further Order of this court.

On Behalf of the Court IT IS SO ORDERED THIS the 9th day of March, 2018.

Frank D. Whitney, Chief
U.S. District Court Judge