FILED
CHARLOTTE, NC

SEP 1 6 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**MISC. NO. 3:18 MC 033**

**IN RE: INTERNAL ADVISORY COMMITTEE ON LOCAL RULES**

**ORDER**

THIS MATTER is before the Court on its own motion for the re- appointment of an Internal Advisory Committee on Local Rules for the study of the rules of practice of this court and to assist and advise the court on amendments to the Local Rules.

This Committee shall serve as a clearing house for the consideration of issues related to this Court's local rules; review any rules taken under advisement by other Advisory Committees on Local Rules; review amendments to the Federal and Appellate Rules of Procedures for application to our local rules; and take other actions to assist the court with its local rules of procedures.

THEREFORE, the court hereby appoints the following persons to the Internal Advisory Committee on Local Rules whose shall serve at the pleasure of the court:

Lori Ritter, Career Law Clerk, Chairperson.

David C. Keesler, Judicial Liaison
United States Magistrate Judge

Tricia Magee, Career Law Clerk to Chief Judge Whitney

TJ Haycox, Career Law Clerk to Judge Conrad

Dustin Taylor, Career Law Clerk to Magistrate Judge Keesler

David Grigg, Career Law Clerk to Magistrate Judge Cayer

Emily Lewis, PSLC who shall also serve as Editor-in-Chief

Erica Petri, Staff Attorney

Frank G. Johns, Clerk of Court

Terry Leitner, Chief Deputy

These employees, and their successors shall constitute this Internal Advisory Committee on local rules and shall serve as a standing committee until further Order of this court.


On Behalf of the Court IT IS SO ORDERED

THIS the 11th day of September, 2019.

Frank D. Whitney, Chief

U.S. District Court Judge