# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# MISCELLANEOUS CASE NO. 3:18-mc-00033-MR

## IN RE: INTERNAL ADVISORY COMMITTEE ON LOCAL RULES ORDER

**THIS MATTER** is before the Court on its own motion for the re-appointment of an Internal Advisory Committee on Local Rules for the study of the rules of practice of this Court and to assist and advise the Court on amendments to the Local Rules.

This Committee shall serve as a clearing house for the consideration of issues related to this Court's Local Rules; review any rules taken under advisement by other Advisory Committees on Local Rules; review amendments to the Federal and Appellate Rules of Procedures for application to this Court's Local Rules; and take other actions to assist the Court with its Local Rules and procedures.

**IT IS, THEREFORE, ORDERED** that the Court hereby appoints the following persons to the Internal Advisory Committee on Local Rules, and such persons shall serve at the pleasure of the Court:

Chairperson: Lori Ritter, Career Law Clerk to Chief Judge Reidinger

Judicial Liaison: W. Carleton Metcalf, United States Magistrate Judge

Members: Patricia Magee, Career Law Clerk to Judge Whitney

T.J. Haycox, Career Law Clerk to Judge Conrad

Emily Lewis, Career Law Clerk to Judge Cogburn

Irving Brenner, Career Law Clerk to Judge Bell

Dustin Taylor, Career Law Clerk to Magistrate Judge Keesler

David Grigg, Career Law Clerk to Magistrate Judge Cayer

Kelly Boudreaux, Career Law Clerk to Magistrate Judge Metcalf

Erica Petri, Staff Attorney

Frank G. Johns, Clerk of Court

Terry Leitner, Chief Deputy

Tammy Hightower, Operations Manager

These employees and their successors shall constitute this Internal Advisory Committee on Local Rules and shall serve as a standing committee until further Order of this Court.

**IT IS SO ORDERED** this the 1st day of April, 2022.

Martin Reidinger
Chief United States District Judge